Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Dawn A. Penn
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Dawn_Penn@fd.org

*Attorney for Petitioner Jose Narciso Banegas Diaz

# United States District Court
# District of Nevada

| | |
|---|---|
| JOSE NARCISO BANEGAS DIAZ,<br><br>Petitioner<br><br>v.<br><br>TODD BLANCHE, et al.,<br><br>Respondents | Case No. 2:26-cv-02804-CDS-EJY<br><br>**Order Granting Petitioner's Unopposed Motion for Extension of Time to File Amended Petition or Motion to Dismiss (First Request)**<br><br>[ECF No. 6] |

Petitioner Jose Narciso Banegas Diaz, through undersigned counsel, requests the court extend the due date for his Amended Petition or Motion to Dismiss by 14 days, up to and including October 15, 2026. This is the first request for an extension of time.

Petitioner Ortiz filed his pro se Petition for Habeas Corpus on September 3, 2026 (ECF No. 1), and this Court appointed the Federal Public Defender as counsel on September 10, 2026. ECF No. 3. The Court's appointment order also required the Respondents to produce several immigration documents by September 24, 2026, including transcripts and/or audio recordings of any custody redetermination proceedings. *Id.* Respondents have provided six documents and said that those

documents were the only records in their possession, custody, or control at that time. Those documents, however, did not include the audio recording of the custody redetermination proceeding, or the order of removal that was entered September 21, 2026. The Amended Petition is due today, October 1, 2026.

Good cause exists for a 14-day extension of time. The additional amount of time would allow counsel to receive the audio recording of the custody redetermination proceeding and the order of removal before filing an amended petition. Both are needed to determine exactly what claims to pursue, if any at all. This extension will put the deadline for the Amended Petition or Motion to Dismiss as Wednesday, October 15, 2026.

Under this Court's Order and local rules, undersigned counsel emailed counsel for the Respondents, AUSA Tamer Botros Botros on October 1, 2026, to confer about this request for an extension. Respondents replied that there is no objection.

This motion is filed in good faith and for good cause. It is not filed for the purpose of delay, but in the interests of justice and the interests of Petitioner.

Dated: October 1, 2026.

Respectfully submitted,
Rene L. Valladares
Federal Public Defender

*/s/ Dawn A. Penn*
Dawn A. Penn
Assistant Federal Public Defender

IT IS SO ORDERED:

______________________________
United States District Judge
Dated: October 2, 2026